UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO HERNANDEZ,

    Plaintiff,

CASE NO.: 2:14-cv-00731-FtM-29CM

vs.

ALLIED RECYCLING, INC.,
a Florida profit corporation,

    Defendant.
_____/

## SECOND JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's FLSA Scheduling Order [D.E. 18], the parties, by and through their undersigned counsel, jointly filed an initial report on July 2, 2015, requesting a 30 day extension to continue settlement discussions [D.E. 22]. The Parties hereby jointly file this Second Report Regarding Settlement and advise the Court that they:

| | |
|---|---|
| _____ | Have reached a settlement. |
| _____ | Have not settled the case, but wish to continue settlement discussions for _____. |
| _____ | Wish to engage in a formal mediation conference. |
| __X__ | Request a settlement conference before the United States Magistrate Judge. |
| _____ | Have exhausted all settlement efforts. The Parties will file a Case Management Report signed by counsel for all parties. |

Respectfully submitted this 31st day of July, 2015.

| /s/ANGELI MURTHY | /s/DAVID C. POTTER |
| --- | --- |
| Angeli Murthy, Esquire | David C. Potter, Esquire |
| FL Bar No.: 088758 | FL Bar No.: 0388254 |
| MORGAN & MORGAN, P.A. | BUCHANAN INGERSOLL & ROONEY PC \| |
| 600 N. Pine Island Road | FOWLER WHITE BOGGS |
| Suite 400 | Post Office Box 1567 |
| Plantation, FL 33324 | Fort Myers, FL 33902 |
| Tel: (954) 318-0268 | Tel: (239) 334-7892 |
| Fax: (954) 327-3016 | Fax: (239) 425-6390 |
| E-mail: amurthy@forthepeople.com | E-mail: david.potter@bipc.com |
| *Trial Counsel for Plaintiff* | *Trial Counsel for Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.