UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO HERNANDEZ,

    Plaintiff,

v.                          Case No: 2:14-cv-731-FtM-29CM

ALLIED RECYCLING, INC., a
Florida profit corporation,

    Defendant.

**ORDER**

This matter comes before the Court on review of the parties' Second Joint Report Regarding Settlement (Doc. #23) filed on July 31, 2015. The parties have been in settlement discussions, and now request a settlement conference before a United States Magistrate Judge. The Court will grant the request and refer the case.

Accordingly, it is hereby

**ORDERED:**

The parties' request for a settlement conference is **GRANTED** and the case is **referred** to the Honorable Magistrate Judge Mac R.

McCoy to conduct a settlement conference, and for the entry of any related orders as deemed appropriate.

**DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of September, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
Counsel of Record